Leonard D. ADLER, Appellant,

v.

LARRY MORRIS CONSTRUCTION CO., Respondent.

No. WD 44518.

Missouri Court of Appeals, Western District.

Feb. 18, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1992.

Application to Transfer Denied June 2, 1992.

**28**

Bruce Kemper Kirby, Springfield, Anthony Jacobs, Joplin, for appellant.

Richard Irwin Buchli, II, Kansas City, for respondent.

Before LOWENSTEIN, C.J., and KENNEDY and SPINDEN, JJ.

## ORDER

PER CURIAM:

From an order denying workers' compensation for the reason the employer had no more than four employee's, § 287.090.1(2), RSMo.Cum.Supp.1991. The employee appeals. Judgment affirmed. Rule 84.16(b).